Mike Rodenbaugh
California Bar No. 179059
Marie E. Richmond
California Bar No. 292962
RODENBAUGH LAW
548 Market Street
Box 55819
San Francisco, CA  94104
(415) 738-8087

Attorneys for Apollo Education Group, Inc.
and University of Phoenix, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APOLLO EDUCATION GROUP, INC. et al. | Case No. 15-01056 EMC |
| Plaintiffs, | **FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION** |
| vs. | |
| SOMANI, | |
| Defendant. | |

Based on the Stipulation between the Plaintiffs Apollo Education Group, Inc. ("Apollo") and University of Phoenix, Inc. ("University of Phoenix") (collectively "Plaintiffs") and Defendant Vivek Somani ("Defendant") and on the Court's Order, the terms of which are incorporated into this Judgment in their entirety, judgment is granted in favor of Plaintiffs and against Defendant as follows:

**I.    Transfer of Domain Names**

FINAL CONSENT JUDGMENT
Case No. 15-01056 EMC

Rodenbaugh Law
548 Market Street
San Francisco, CA 94104
415.738.8087

1

Within ten (10) days of entry of the judgment, Defendant will transfer and assign to Plaintiff Apollo all rights, title, and interest in and to the domains listed in Exhibit A attached hereto (the "Domains"), including any and all goodwill and trademark rights associated with the Domains.

## II. Permanent Injunction

In final resolution of Plaintiffs' trademark infringement and cybersquatting claims, the Court orders that Defendant or anyone acting in concert with him is permanently enjoined from:

   a. registering and using any domain name which refers or relates to any trademarks of Apollo or its related company, University of Phoenix, Inc., including without limitation "UOP", "Phoenix" and the University of Phoenix course number designations; and

   b. creating, promoting, distributing and/or selling any purported educational materials referring or relating to Assignor, the University of Phoenix, or any educational program offered by University of Phoenix.

## III. Retention of Jurisdiction

It is further ORDERED that this Court shall retain jurisdiction over all parties and of this matter in law and equity for purposes of enforcing and/or adjudicating claims of violations of this Order, the Final Judgment and Permanent Injunction, or any disputes arising in connection with the Confidential Settlement Agreement entered by the parties. Any such matters shall be raised by noticed motion.

FINAL CONSENT JUDGMENT
Case No. 15-01056 EMC

**Rodenbaugh Law**
548 Market Street
San Francisco, CA 94104
415.738.8087

2

1  The Court shall retain jurisdiction only for **three years** from the date of this order
2  and judgment.

3

4  IT IS SO ORDERED

5

6  DATED: _____January 6, 2016_____, ~~2015~~

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FINAL CONSENT JUDGMENT
Case No. 15-01056 EMC

Rodenbaugh Law
548 Market Street
San Francisco, CA 94104
415.738.8087

3